No. 725. Bostic v. United States. January 31, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Sol M. Alpher* for petitioner. No appearance for the United States.

No. 649. Harding v. Kentucky Title Trust Co. January 31, 1938. Motion for supersedeas denied. Petition for writ of certiorari to the Court of Appeals of Kentucky also denied. *Mr. Colescott P. Harding, pro se. Mr. Shackelford Miller, Jr.* for respondent.

No. 634. Van Riper v. United States. January 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John S. Wise, Jr.* for petitioner. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Messrs. William W. Barron* and *W. Marvin Smith* for the United States.

No. 635. Clarke, Trustee v. Chicago, B. & Q. R. Co. January 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Samuel Meyers* for petitioner. *Mr. J. C. James* for respondent.

No. 637. President of the United States ex rel. Caputo v. Kelly, U. S. Marshal, et al. January 31, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Lewis Landes* and *Julius I. Puente* for petitioner. *Messrs. John W. Davis, Theodore Kiendl* and *A. S. Edmonds* for respondents.